NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANGELA MARIE WYNN,                      )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No.  2D17-809
                                        )
WILLIAM W. PICKAVANCE, III,             )
                                        )
            Appellee.                   )
_____)

Opinion filed June 29, 2018.

Appeal from the Circuit Court for Lee
County; Lee A. Schreiber, Judge.

Susan Hartmann Swartz of Law Office of
Stanley R. Swartz, Bradenton, for Appellant.

No appearance for Appellee.


PER CURIAM.

            Affirmed.



SILBERMAN, LUCAS, and ATKINSON, JJ., Concur.